IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO.: 7:06-CR-2-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CONSENT ORDER |
| | ) | |
| ELMER JEROME HOLMES, JR., | ) | |
| | ) | |
| Defendant, | ) | |

The parties hereto stipulate and agree to the following terms:

WHEREAS, the defendant, Elmer Jerome Holmes, Jr., was ordered to pay a special assessment of $100.00 and a fine of $4,900.00, upon the criminal judgment entered against the defendant on May 18, 2006. The current balance owed on the judgment is $2,794.15.

The parties agree and stipulate to the entry of this Consent Order for payment. It is expressly agreed and stipulated to by the parties that the judgment defendant shall pay to the United States the total sum of $250.00 per month. Defendant is expected to terminate from supervised release with the United States Probation Office on June 15, 2015. A balloon payment for the remaining balance owed will be due on or before June 15, 2015, to be in compliance with this Consent Order. If Defendant misses this balloon payment, he shall continue to make monthly payments of $250.00. Payments will begin June 30, 2015 and continue for each month thereafter on the

30th day of each succeeding month until the debt is satisfied in full or is re-evaluated by the United States Attorney's Office, Financial Litigation Unit.

Checks should be made payable to:

    U.S. District Court

and mail to the:

    Clerk of Court
    Post Office Box 25670
    Raleigh, NC  27611

To ensure that the payment is credited to the correct account, please place **DNCE706CR000002** on the face of the payment instrument.

Nothing in this Consent Order prevents the plaintiff from pursuing administrative offsets, including that by the Internal Revenue Service (IRS), and the judgment defendant specifically consents to the offset. Any payments applied to this claim by the IRS as a result of tax return offsets will be credited as a payment to the existing balance and will not be included as part of the periodic payments, nor will it affect the periodic payments.

The judgment defendant hereby knowingly waives any rights that they may have under 28 U.S.C. § 3205(c)(9) to any automatic accounting. In the event the above recovery is not sufficient to pay the debt in full, the United States shall be entitled to pursue any and all remedies to collect such debt as are allowed by law.

This 11th day of June, 2015.

*signature*
LOUISE W. FLANAGAN
United States District Judge

CONSENTED TO BY:

*signature*
G. NORMAN ACKER, III
Assistant United States Attorney


*signature*
ELMER JEROME HOLMES, JR.
Judgment Defendant